IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/1/17 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-10378-TPA |
| | : | |
| Russell D. Bromley | : | (Chapter 13) |
| Lori A. Bromley | : | |
| | : | JUDGE THOMAS P. AGRESTI |
| | : | |
| Debtors | : | Related to Document No. 23 |
| | | |
| Russell D. Bromley | : | |
| Lori A. Bromley | : | |
| | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Nationstar Mortgage | : | |
| | : | |
| Respondent | : | |

## LOSS MITIGATION ORDER

A ***Motion for Loss Mitigation*** was filed by the Debtor on May 16, 2017. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

**AND NOW**, this **1st** day of **June, 2017**, it is hereby **ORDERED** that:

(1) The following parties are directed to participate in the Court's ***Loss Mitigation Program* (LMP)** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

      Debtor:    Russell D. Bromley
                         Lori A. Bromley

      Creditor:   Nationstar Mortgage

(2) ***During the Loss Mitigation Period***, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $815.00 per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3) ***Within fourteen (14) days from the entry of this Order***, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4) ***Within seven (7) days from the entry of this Order*** or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal

pursuant to *W.PA.LBR 9020-4(c)*.

(5)    **Within fourteen (14) days of the debtor's submission of the Core LMP Package**, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6)    **Within sixty (60) days from the entry of this Order**, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7)    **Ninety (90) days from the entry of this Order,** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8)    **Within seven (7) days of the termination of the Loss Mitigation Period**, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)    Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

_____vas
THOMAS P. AGRESTI
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Russell D. Bromley  
Lori A. Bromley  
     Debtors

Case No. 17-10378-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: mgut      Page 1 of 1      Date Rcvd: Jun 01, 2017  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2017.  
db/jdb         +Russell D. Bromley,    Lori A. Bromley,    10181 Sherman Rd,    Albion, PA 16401-8713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2017 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
         Jeffrey G. Herman    on behalf of Joint Debtor Lori A. Bromley JeffreyHerman@Live.com, sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com  
         Jeffrey G. Herman    on behalf of Debtor Russell D. Bromley JeffreyHerman@Live.com, sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                          TOTAL: 5