IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYVLANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-10378-TPA |
| | : | |
| Russell D. Bromley | : | (Chapter 13) |
| Lori A. Bromley | : | |
| | : | JUDGE THOMAS P. AGRESTI |
| | : | |
| Debtors | : | |

_____

| | | |
|---|---|---|
| Russell D. Bromley | : | |
| Lori A. Bromley | : | |
| | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| RONDA J. WINNECOUR, Esquire, Trustee | : | |
| | : | |
| Respondent | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE
ON MOTION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property. You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant, a response to the motion no later than **July 3, 2017** seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscorts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. You should take this to your lawyer at once.

A hearing will be held on July 19, 2017**,** @ 9:30 A.M., before Judge Thomas P. Agresti, in the Bankruptcy Court Room, U.S. Court House, 17 South Park Row, Erie, PA  16501.

Only a  limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service:

June 14, 2017                                                            Respectfully Submitted,

S\:    Jeffrey G. Herman
Jeffrey G. Herman, Esq. PA LIC #82001
HERMAN & HERMAN, LLC
114 High Street – PO Box 455
Waterford, PA 16441
PHONE  (814) 796-1987
FAX  (814) 796-0726
E-MAIL  JeffreyHerman@Live.com