**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17–10378–TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Russell D. Bromley
10181 Sherman Rd
Albion, PA 16401

Lori A. Bromley
10181 Sherman Rd
Albion, PA 16401

Social Security No.:
xxx–xx–4424

xxx–xx–2226

Employer's Tax I.D. No.:

**NAME/ADDRESS OF ATTORNEY FOR DEBTOR**
Jeffrey G. Herman
114 High Street
PO Box 455
Waterford, PA 16441
Telephone number: 814–796–1987

**NAME/ADDRESS OF TRUSTEE**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412–471–5566

**DATE/TIME/LOCATION OF MEETING OF CREDITORS**
August 8, 2017
09:00 AM
Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

**CONFIRMATION HEARING DATE/TIME/LOC**
August 8, 2017
09:00 AM
Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 6/13/17

BY THE COURT

Thomas P. Agresti
Judge

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                           Case No. 17-10378-TPA
Russell D. Bromley                                               Chapter 13
Lori A. Bromley
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-1           User: mgut                   Page 1 of 2                   Date Rcvd: Jun 13, 2017
                               Form ID: rsc13               Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2017.
db/jdb         +Russell D. Bromley,    Lori A. Bromley,    10181 Sherman Rd,    Albion, PA 16401-8713
aty            +Jamie D. Hanawalt,    Aldridge Pite, LLP,    4375 Jutland Dr. Ste. 200,    PO Box 17933,
                 San Diego, CA 92177-7921
cr             +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                 Boca Raton, FL 33487,    U.S.A 33487-2853
14407821       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14404130       +AmeriCredit/GM Financial,    Po Box 183853,    Arlington, TX 76096-3853
14404141      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court:  Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713)
14404133       +Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14404134       +Comenity Bank/OneStopPlus.com,    Po Box 182125,    Columbus, OH 43218-2125
14519473       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14404140       +Home At Five,    1515 S 21st St,    Clinton, IA 52732-6676
14404142       +Midland Funding,    Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
14404143       +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14405375       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14404146       +Shapiro & DeNardo,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
14404147        Square One Financial/Cach Llc,    Po Box 5980,    Denver, CO 80127
14632624       +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas TX 75261-9096
14404149       +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2017 01:11:07      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14404129       +E-mail/Text: ally@ebn.phinsolutions.com Jun 14 2017 01:10:57      Ally Financial,
                 Po Box 380901,    Bloomington, MN 55438-0901
14416622        E-mail/Text: ally@ebn.phinsolutions.com Jun 14 2017 01:10:57      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14404131       +E-mail/Text: bkr@cardworks.com Jun 14 2017 01:10:56      Cardworks/CW Nexus,    Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
14404132       +E-mail/Text: bnc@bass-associates.com Jun 14 2017 01:11:41      Collins Asset Group,
                 5725 W Highway 290 Ste 1,    Austin, TX 78735-8722
14404135       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jun 14 2017 01:11:31
                 Credit Management, LP,    Attn: Bankruptcy,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14404136       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 14 2017 01:06:53      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
14404137       +E-mail/Text: bknotice@erccollections.com Jun 14 2017 01:11:22      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14404138       +E-mail/Text: bnc-bluestem@quantum3group.com Jun 14 2017 01:11:36      Fingerhut,
                 6250 Ridgewood Rd,    St Cloud, MN 56303-0820
14404139       +E-mail/Text: bankruptcy.notices@hdfsi.com Jun 14 2017 01:11:36      Harley Davidson Financial,
                 Attention: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
14404127       +E-mail/Text: cio.bncmail@irs.gov Jun 14 2017 01:11:01      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14404144       +E-mail/PDF: cbp@onemainfinancial.com Jun 14 2017 01:06:58      OneMain,    Attn: Bankruptcy,
                 601 Nw 2nd St,    Evansville, IN 47708-1013
14404145        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2017 01:06:54
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14404128       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2017 01:11:06
                 Pennsylvania Department of Revenue,    Department 280946,    Harrisburg, PA 17128-0001
14404148       +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2017 01:06:58      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp
cr              Nationstar Mortgage LLC
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14519269*      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
                                                                                   TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-1           User: mgut                  Page 2 of 2                  Date Rcvd: Jun 13, 2017
                               Form ID: rsc13              Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                              Signature:   /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Jeffrey G. Herman    on behalf of Joint Debtor Lori A. Bromley JeffreyHerman@Live.com,
               sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com
              Jeffrey G. Herman    on behalf of Debtor Russell D. Bromley JeffreyHerman@Live.com,
               sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5