FILED
6/21/17 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lori A. Bromley<br>Russell D. Bromley<br>　　　　　　Debtor(s) | BK. NO. 17-10378 TPA |
| Harley-Davidson Credit Corp<br>　　　　　　Movant<br>v.<br>Lori A. Bromley<br>Russell D. Bromley<br>　　　　　　Respondent<br>and<br>TRonda J. Winnecour, Trustee<br>　　　　　　Additional Respondent | CHAPTER 13<br><br>Rel to Doc No. 25 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 21st day of June, 2017, at Pittsburgh, upon Motion of Harley-Davidson Credit Corp, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 HARLEY-DAVIDSON FXDWG 103 WIDE GLIDE, VIN: 1HD1GPM14DC301188, in a commercially reasonable manner.

_____
United States Bankruptcy Judge
　　　　　　　　　　　　　　tjm

cc: See attached service list:

Lori A. Bromley
10181 Sherman Road
Albion, PA 16401

Russell D. Bromley
10181 Sherman Road
Albion, PA 16401

Jeffrey G. Herman, Esq.
114 High Street
PO Box 455
Waterford, PA 16441
JeffreyHerman@Live.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Russell D. Bromley  
Lori A. Bromley  
    Debtors

Case No. 17-10378-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 1     Date Rcvd: Jun 21, 2017  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2017.  
db/jdb       +Russell D. Bromley,    Lori A. Bromley,    10181 Sherman Rd,    Albion, PA 16401-8713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2017                                         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2017 at the address(es) listed below:  
         James Warmbrodt     on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
         Jeffrey G. Herman     on behalf of Joint Debtor Lori A. Bromley JeffreyHerman@Live.com, sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com  
         Jeffrey G. Herman     on behalf of Debtor Russell D. Bromley JeffreyHerman@Live.com, sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                                   TOTAL: 5