www.dclmwp.com

**Currently Viewing:**

Borrower Name: Bromley, Russel
Property Address: 10181 Sherman Rd Albion, PA 16401
Servicer Name: Nationstar Mortgage, LLC
Loan Number: 0621799576

## Full History

| Date | Activity By | Action Taken |
|---|---|---|
| 06/13/2017 12:17:57 PM ET | Attorney | File Submitted |

File Submitted by Jeffrey Herman.
The following documents were submitted:
Bromley (Loan #0621799576) - Uniform Borrower Assistance Form (Added 06-06-2017)
Bromley (Loan #0621799576) - HAMP Request for Mortgage Assistance (RMA) (Added 06-06-2017)
Bromley (Loan #0621799576) - Hardship Letter (Added 06-06-2017)
Bromley (Loan #0621799576) - Dodd-Frank Certification (Added 06-06-2017)
Bromley (Loan #0621799576) - Government Monitoring Data (Added 06-06-2017)
Bromley (Loan #0621799576) - IRS Form 4506-T (Borrower) (Added 06-06-2017)
Bromley (Loan #0621799576) - Financial Statement (Added 06-06-2017)
Bromley (Loan #0621799576) - Proof of Occupancy (Added 06-13-2017)
Bromley (Loan #0621799576) - Borrower Authorization (Added 06-13-2017)
Bromley (Loan #0621799576) - Most Recent 2 Months Bank Statements (Added 06-13-2017)
Bromley (Loan #0621799576) - Most Recent 2 Tax Returns (Added 06-13-2017)
Bromley (Loan #0621799576) - Hardship - Long Term Disability (Added 06-13-2017)
Bromley (Loan #0621799576) - Nationstar Payment Worksheet (Added 06-13-2017)
Bromley (Loan #0621799576) - Loss Mitigation Order (Added 06-06-2017)

| Date | Activity By | Action Taken |
|---|---|---|
| 06/15/2017 11:57:39 AM ET | Attorney | Message Sent |

**From:** Jeffrey Herman
**Subject:** Letter received in US Mail from Lender - attached
**Message:**
Letter received in US Mail from Lender - attached


**Attached Files:**
Bromley (Loan #0621799576) - Letter from Lender (Added 06-15-2017)

| Date | Activity By | Action Taken |
|---|---|---|
| 06/21/2017 04:54:43 PM ET | Servicer | File Opened |

File Opened by Kristi Berry

| Date | Activity By | Action Taken |
|---|---|---|
| 06/21/2017 04:59:16 PM ET | Servicer | Message Sent |

**From:** Kristi Berry
**Message:**
Hello,

I have uploaded these documents and placed the file into review. You can disregard the spoc letter that was sent as communication will be in the portal. If you have any questions please let me know.

Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 06/26/2017 03:35:25 PM ET | Attorney | Message Sent |

**From:** Jeffrey Herman
**Subject:** I appreciate your message - thank you
**Message:**
I appreciate your message - thank you


Jeffrey Herman, Esq.

| Date | Activity By | Action Taken |
|---|---|---|

| 06/27/2017 01:12:11 PM ET | Servicer | Message Sent |
|---|---|---|

**From:** Kristi Berry
**Message:**
Hello,

This file is missing documents. Please upload the following documents and then the file can be placed back into review.

-Need recent 2 paystubs for the wage income stated in RMA

-as per 1040-2016 borrowers has unemployment income ,hence if they are receiving unemployment then need recent award letter with benefit end date or else need LOE of when they stopped receiving this income

-As per 1040-2016 borrowers has pension/Annuities of $9428 , hence  need 1099R if distribution codes is 7 and the income is regular then need award letter.

-Provided bank statements does not have account holder name info, hence need recent 2 months bank statements with borrower and co borrower names

Thank you,

| 06/29/2017 11:19:41 AM ET | Attorney | Message Sent |
|---|---|---|

**From:** Jeffrey Herman
**Subject:** We will gather these documents, thank you
**Message:**


I am in receipt of your 6-27 message - thank you.  I have printed your list and will gather these requirements with the Debtors in upcoming days.  Appreciated.

| 07/20/2017 10:37:24 AM ET | Attorney | Message Sent |
|---|---|---|

**From:** Jeffrey Herman
**Subject:** Documents forthcoming
**Message:**
I received a reply from the Debtors yesterday - they have compiled the necessary documents and will deliver them to me either tomorrow or over the weekend.


thank you

JEFF HERMAN

| 08/02/2017 03:15:08 PM ET | Attorney | Message Sent |
|---|---|---|

**From:** Jeffrey Herman
**Subject:** Document Supplement - please see attached letter and bank statments
**Message:**
Document Supplement - please see attached letter and bank statments


thank you


JEFF HERMAN - Attorney for the Debtors


**Attached Files:**
Bromley (Loan #0621799576) - Most Recent 2 Months Bank Statements Update 1 (Added 08-02-2017)
Bromley (Loan #0621799576) - Explanatory Letter (Added 08-02-2017)

| 08/09/2017 05:03:50 PM ET | Servicer | Message Sent |
|---|---|---|

| Date | Activity By | Action Taken |
|------|-------------|--------------|

**From:** Kristi Berry
**Subject:** RE: Document Supplement - please see attached letter and bank statments
**Message:**
Hello,

The file is currently in review.

Thank you

| 08/10/2017 08:32:04 PM ET | Attorney | Message Sent |
|------|-------------|--------------|

**From:** Jeffrey Herman
**Subject:** Appreciate your reply, thank you
**Message:**
we will await your review.  thanks

| 08/17/2017 07:41:35 PM ET | Attorney | Message Sent |
|------|-------------|--------------|

**From:** Jeffrey Herman
**Subject:** Checking-in to make sure you have everything needed
**Message:**
Please advise.


Thank You

JEFFREY HERMAN, ESQ., for the Debtors.

| 08/22/2017 08:18:35 AM ET | Attorney | Message Sent |
|------|-------------|--------------|

**From:** Jeffrey Herman
**Subject:** Document review complete? ready to take this to the next stage?
**Message:**
I have to petition the Court for an extension of time - I would rather just file some modification paperwork -- is there any sign of progress?  Can we move this file forward to the document review complete stage??

thank you

| 08/25/2017 04:43:07 PM ET | Servicer | Message Sent |
|------|-------------|--------------|

**From:** Kristi Berry
**Subject:** RE: Document review complete? ready to take this to the next stage?
**Message:**
Hello,

The file is missing a document.

-Need borrower to provide updated Award letter for Workers compensation benefit for $4038.If they are no longer receiving this income we will need a written letter of when they stopped receiving this income.

Thank you,

| 08/28/2017 03:00:30 PM ET | Attorney | Message Sent |
|------|-------------|--------------|

**From:** Jeffrey Herman
**Subject:** RE:RE: Document review complete? ready to take this to the next stage?
**Message:**
Please find the Workmens Comp Award Letter which states a weekly amount of $932 -- thank you


**Attached Files:**
Bromley (Loan #0621799576) - WC Award Letter (Added 08-28-2017)

| 08/28/2017 05:07:37 PM ET | Attorney | Message Sent |
|------|-------------|--------------|

| Date | Activity By | Action Taken |
|---|---|---|

**From:** Jeffrey Herman
**Subject:** Motion to Extend LMP Process - Copy Attached
**Message:**
Please find attached a copy of the Motion to Extend the Loss Mitigation Period together with the proposed order

Thank you.

**Attached Files:**
Bromley (Loan #0621799576) - Motion to Extend LMP (Added 08-28-2017)
Bromley (Loan #0621799576) - proposd Order Extend (Added 08-28-2017)

© 2017 - www.dclmwp.com