IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-10378-TPA |
| | : | |
| Russell D. Bromley | : | (Chapter 13) |
| Lori A. Bromley | : | |
| | : | JUDGE THOMAS P. AGRESTI |
| | : | |
| Debtors | : | |
| | | |
| Russell D. Bromley | : | |
| Lori A. Bromley | : | |
| | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| RONDA J. WINNECOUR, Esquire, Trustee | : | |
| | : | |
| Respondent | : | |

## NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING DEBTORS' APPLICATION TO APPROVE WORKER'S COMPENSATION AWARD

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property. You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by **no later than November 25, 2017** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once. **A hearing will be held on December 12, 2017, at 9:30 am** before Judge Thomas P. Agresti in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501). Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated:  November 8, 2017	Respectfully Submitted,


              S\: Jeffrey G. Herman_____
              Jeffrey G. Herman, Esq. PA LIC #82001
              HERMAN & HERMAN, LLC
              114 High St. - PO Box 455
              Waterford, PA 16441
              PHONE  (814) 796-1987
              FAX  (814) 796-0726
              E-MAIL  JeffreyHerman@Live.com