FILED
11/14/17 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| RUSSELL D. BROMLEY and | : | Case No. 17-10378-TPA |
| LORI A. BROMLEY | : | |
|    *Debtors* | : | Chapter 13 |
| | : | |
| RUSSELL D. BROMLEY and | : | |
| LORI A. BROMLEY | : | |
|    *Movants* | : | |
|    v. | : | Related to Document No. 23, 28, 52 |
| | : | |
| NATIONSTAR MORTGAGE | : | |
|    *Respondent* | : | Hearing: November 29, 2017 at 10:30 a.m. |

## ORDER TO SHOW CAUSE

On August 28, 2017, Counsel for Debtor filed a ***Motion to Extend the Loss Mitigation Period*** at Document No. 52 ("Motion") and was extended to November 1, 2017 by Order dated September 11, 2017. By way of further background, on June 1, 2017 a *Loss Mitigation Order* was entered by this Court, at Document No. 28, as a result of the *Motion for Loss Mitigation* at Document No. 23. As required by the *Loss Mitigation Order*, the Parties were "directed to participate in the Court's *Loss Mitigation Program (LMP)* as set forth in *W.PA.LBR 9020-1* through *9020-7.*" See *W.PA.LBR 9020-1 et seq.*

Furthermore, Counsel for the Debtor, Jeffrey G. Herman, Esq., has not timely complied with this Court's Loss Mitigation Order by failing to timely file the required Status Report pursuant to *W.PA.LBR 9020-4* and requesting an extension of time for cause shown, pursuant to *W.PA.LBR 9020-5*. Therefore, pursuant to this Court's inherent authority arising from *11 U.S.C. §105(a)* and *W.PA.LBR 9020-3(c),*

1

*AND NOW,* this **14th** day of ***November, 2017***, for the foregoing reasons, it is hereby **ORDERED**, **ADJUDGED and DECREED** that:

(1) An ***Order to Show Cause*** is issued against ***Jeffrey G. Herman, Esq.*** and he shall ***personally*** appear at a hearing scheduled on ***November 29, 2017*** at ***10:30 A.M.*** in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 and show cause as to why sanctions should not be imposed for Counsel's failure to comply with the *Loss Mitigation Program* guidelines, i.e. failure to timely file a Status Report, and failure to seek an extension before the termination of the *Loss Mitigation Program.* The sanctions may include a monetary fine and termination of the LMP.

(2) The deadlines set forth in the *Loss Mitigation Order* dated June 1, 2017, are ***stayed*** pending further order of Court.

(3) The Debtor shall immediately effect service of this *Order* on the Respondent and file a Certificate of service ***on or before November 20, 2017***.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Debtors
    Jeffrey G. Herman, Esq.

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Russell D. Bromley
Lori A. Bromley
    Debtors

Case No. 17-10378-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 1     Date Rcvd: Nov 14, 2017
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2017.
db/jdb      +Russell D. Bromley,    Lori A. Bromley,    10181 Sherman Rd,    Albion, PA 16401-8713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2017 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
         Jeffrey G. Herman    on behalf of Joint Debtor Lori A. Bromley JeffreyHerman@Live.com,
          sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
         Jeffrey G. Herman    on behalf of Debtor Russell D. Bromley JeffreyHerman@Live.com,
          sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
         Lara Shipkovitz Martin    on behalf of Creditor    Nationstar Mortgage LLC lmartin@bernsteinlaw.com,
          cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 6