IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYVLANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-10378-TPA |
| | : | |
| Russell D. Bromley | : | (Chapter 13) |
| Lori A. Bromley | : | |
| | : | JUDGE THOMAS P. AGRESTI |
| | : | |
| Debtors | : | |

_____

| | |
|---|---|
| Russell D. Bromley | : |
| Lori A. Bromley | : |
| | : |
| Movants | : |
| | : |
| vs. | : |
| | : |
| Nationstar Mortgage | : |
| | : |
| Respondent | : |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served or caused to be served on the 22nd day of November, 2017, a copy of the **LOSS MITIGATION STATUS REPORT** upon each of the following persons and parties in interest at the addresses shown below:

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:   first-class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

---

Service Electronically:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Lara E. Shipkovitz, Esq.
Email: lshipkovitz@bernsteinlaw.com
Counsel for Nationstar Mortgage, LLC

```
Service by First-Class Mail

None
```

Dated:  November 22, 2017

S\:     Jeffrey G. Herman_____
Jeffrey G. Herman, Esq. PA LIC #82001
HERMAN & HERMAN, LLC
114 High St. - PO Box 455
Waterford, PA 16441
PHONE  (814) 796-1987
FAX  (814) 796-0726
E-MAIL  JeffreyHerman@Live.com