IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-10378-TPA |
| Russell D. Bromley | : | (Chapter 13) |
| Lori A. Bromley | : | |
| | : | JUDGE THOMAS P. AGRESTI |
| Debtors | : | |
| Russell D. Bromley | : | RELATED TO DOCUMENT #59 & 60 |
| Lori A. Bromley | : | |
| Movants | : | |
| vs. | : | |
| RONDA J. WINNECOUR, Esquire, Trustee | : | |
| Respondent | : | |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *APPLICATION TO APPROVE WORKER'S COMPENSATION AWARD* filed on November 8, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the *APPLICATION TO APPROVE WORKER'S COMPENSATION AWARD* appears thereon.

Pursuant to the Notice of Hearing, objections to the *APPLICATION TO APPROVE WORKER'S COMPENSATION AWARD* were to be filed and served no later than November 25, 2017

It is hereby respectfully requested that the Order attached to the *APPLICATION TO APPROVE WORKER'S COMPENSATION AWARD* be entered by the court.

November 28, 2017

S\:     Jeffrey G. Herman_____
Jeffrey G. Herman, Esq. PA LIC #82001
HERMAN & HERMAN, LLC
114 High St. - PO Box 455
Waterford, PA 16441
PHONE  (814) 796-1987
FAX  (814) 796-0726
E-MAIL  JeffreyHerman@Live.com