# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Russell D. and Lori A. Bromley
Case Number: 17-10378   Chapter: 13
Date / Time / Room: November 28, 2017 at 10:30 a.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

*Matter:*   #18 - Final Confirmation of Plan dated 5/11/17 (NFC)

*Appearances:*

Debtor: Herman
Trustee: Winnecour / Bedford / (Katz) / Pail
Creditor: Martin — Nationstar

*handwritten notes:* LMP pending / Settlement pending on WC claim. / If approved, debtors will propose amended plan to pay off mortgage.

*Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 2/6/18 at 1:30 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Other: will leave it to Debtor's counsel to file amended plan in interim if that is [illegible]

*For Judge Agresti cases:*
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment:_____

decision