Case 17-10378-TPA    Doc 73    Filed 11/30/17    Entered 11/30/17 13:06:19    Desc Main
Document    Page 1 of 1

FILED
11/30/17 9:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-10378-TPA |
| | : | | |
| Russell D. Bromley | : | Chapter: | 13 |
| Lori A. Bromley | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 11/29/2017 |
| | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**    #67 OTSC for failure to comply with LMP guidelines
    *(Atty. Jeff Herman to personally appear)*

**APPEARANCES:**
    Debtor:    Jeffrey G. Herman
    Trustee:    Jana Pail

**NOTES:**

Herman:    Workers comp settlement, lost sight of the LMP matter.    Debtors don't want to pursue loan modification.  Want to pay loan through settlement.

Pail:    No objection to settlement.  Will review loan modification.

**OUTCOME:**    OTSC is vacated.  Settlement to be granted.
    Counsel to terminate LMP process

*/s/ Thomas P. Agresti*
vas