FILED
12/1/17 1:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYVLANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-10378-TPA |
| Russell D. Bromley | : | (Chapter 13) |
| Lori A. Bromley | : | |
| | : | JUDGE THOMAS P. AGRESTI |
| Debtors | : | RELATED TO DOCUMENT NO. 59 |
| Russell D. Bromley | : | |
| Lori A. Bromley | : | |
| Movants | : | |
| vs. | : | |
| RONDA J. WINNECOUR, Esquire, Trustee | : | |
| Respondent | : | |

# ORDER AUTHORIZING APPLICATION TO APPROVE WORKER'S COMPENSATION AWARD

**AND NOW**, this ___1st___ day of _____December_____, 2017, upon consideration of the APPLICATION TO APPROVE WORKER'S COMPENSATION AWARD action filed by the Debtors it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.) The WORKER'S COMPENSAITON Award in the amount of $264,436.30 is APPROVED.

2.) The gross award of $264,436.30 with the amount of $52,887.20 payable to Barbara J. Welton, Esquire and proceeds payable to the Movant in the amount of $211,548.80 as the net proceeds are fully exempted.

_____
THOMAS P. AGRESTI
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Russell D. Bromley  
Lori A. Bromley  
    Debtors

Case No. 17-10378-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: mgut      Page 1 of 1      Date Rcvd: Dec 01, 2017  
                      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2017.  
db/jdb      +Russell D. Bromley,   Lori A. Bromley,   10181 Sherman Rd,   Albion, PA 16401-8713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:  
      James Warmbrodt   on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
      Jeffrey G. Herman   on behalf of Joint Debtor Lori A. Bromley JeffreyHerman@Live.com,  
      sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com  
      Jeffrey G. Herman   on behalf of Debtor Russell D. Bromley JeffreyHerman@Live.com,  
      sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com  
      Lara Shipkovitz Martin   on behalf of Creditor   Nationstar Mortgage LLC lmartin@bernsteinlaw.com,  
      cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
      TOTAL: 6