IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-10378-TPA |
| | : | |
| Russell D. Bromley | : | (Chapter 13) |
| Lori A. Bromley | : | |
| | : | JUDGE THOMAS P. AGRESTI |
| | : | |
| Debtors | : | |

| | | |
|---|---|---|
| Russell D. Bromley | : | |
| Lori A. Bromley | : | |
| | : | |
| Movants | : | |
| vs. | : | |
| | : | |
| Nationstar Mortgage | : | |
| | : | |
| Respondent | : | |

# **CERTIFICATE OF NO OBJECTION**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the ***Motion to Terminate the Loss Mitigation Program*** filed on December 5, 2017 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the ***Motion to Terminate the Loss Mitigation Program*** appears thereon.

    Pursuant to the Notice of Hearing, objections to the ***Motion to Terminate the Loss Mitigation Program*** were to be filed and served no later than December 22, 2017.

    It is hereby respectfully requested that the Order attached to the ***Motion to Terminate the Loss Mitigation Program*** be entered by the court.


January 4, 2018

S\:     Jeffrey G. Herman_____
Jeffrey G. Herman, Esq. PA LIC #82001
HERMAN & HERMAN, LLC
114 High St. - PO Box 455
Waterford, PA 16441
PHONE  (814) 796-1987
FAX  (814) 796-0726
E-MAIL  JeffreyHerman@Live.com