IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-10378-TPA |
| Russell D. Bromley | : | (Chapter 13) |
| Lori A. Bromley | : | |
| | : | JUDGE THOMAS P. AGRESTI |
| Debtors | : | Related to Document No. 77 |
| | | |
| Russell D. Bromley | : | |
| Lori A. Bromley | : | |
| Movants | : | |
| vs. | : | |
| Nationstar Mortgage | : | |
| Respondent | : | |

FILED
1/5/18 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER

A *Loss Mitigation Order* dated June 1, 2017, was entered in the above matter at Document No.28. On <u>December 4, 2017</u>, a ***Motion to Terminate the Loss Mitigation Program*** was filed by <u>The Debtors</u> at Document No. 77.

*AND NOW*, this __5th__ day of _____January_____, 20__18__, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation program in this case is *terminated*, *effective January 5 , 2018* ____, and the Final Report is due seven (7) days thereafter pursuant to W.PA.LBR 9020-4(f).

_____
United States Bankruptcy Judge     vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Russell D. Bromley  
Lori A. Bromley  
    Debtors

Case No. 17-10378-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 1     Date Rcvd: Jan 05, 2018  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2018.  
db/jdb     +Russell D. Bromley,    Lori A. Bromley,    10181 Sherman Rd,    Albion, PA 16401-8713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2018 at the address(es) listed below:  
       James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
       Jeffrey G. Herman    on behalf of Joint Debtor Lori A. Bromley JeffreyHerman@Live.com, sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com  
       Jeffrey G. Herman    on behalf of Debtor Russell D. Bromley JeffreyHerman@Live.com, sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com  
       Lara Shipkovitz Martin    on behalf of Creditor    Nationstar Mortgage LLC lmartin@bernsteinlaw.com, cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                       TOTAL: 6