# UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT of PENNSYLVANIA

In Re: Russell Bromley

Chapter    13

Case No    17-10378-TPA

## WITHDRAWAL OF PROOF OF CLAIM

TO THE CLERK:

We respectfully request the withdrawal of proof of claim no.  12    filed on behalf of

Creditor    Collins Asset Group, LLC.

In the amount of $  462.51

Account is Sold

Respectfully submitted,
/s/    RaeAnne Burleigh
Authorized Agent for   Collins Asset Group, LLC.
Bass & Associates, P.C.
3936 E. Fort Lowell Rd.
Tucson, AZ  85712

**Dated:**    03/08/2018