# UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT of PENNSYLVANIA

In Re: Russell Bromley

          Chapter   13

          Case No   17-10378-TPA

## WITHDRAWAL OF PROOF OF CLAIM

TO THE CLERK:

We respectfully request the withdrawal of proof of claim no. 10    filed on behalf of

Creditor    Collins Asset Group, LLC.

In the amount of $ 1227.51

Account is Sold

    Respectfully submitted,
    /s/   RaeAnne Burleigh
    Authorized Agent for   Collins Asset Group, LLC.
    Bass & Associates, P.C.
    3936 E. Fort Lowell Rd.
    Tucson, AZ  85712

**Dated:**    03/08/2018