FILED
3/16/18 2:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT FOR THE

## WESTERN DISTRICT of PENNSYLVANIA

In Re: Russell Bromley

Chapter    13

Case No    17-10378-TPA

Related to Claim No. 10

## WITHDRAWAL OF PROOF OF CLAIM

TO THE CLERK:

We respectfully request the withdrawal of proof of claim no.  10       filed on behalf of

Creditor    Collins Asset Group, LLC.

In the amount of $  1227.51

 Account is Sold

Respectfully submitted,
/s/   RaeAnne Burleigh
Authorized Agent for   Collins Asset Group, LLC.
Bass & Associates, P.C.
3936 E. Fort Lowell Rd.
Tucson, AZ  85712

**Dated:**    03/08/2018

SO ORDERED
March 16, 2018

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-10378-TPA
Russell D. Bromley                                              Chapter 13
Lori A. Bromley
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: lfin          Page 1 of 1          Date Rcvd: Mar 16, 2018
                              Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2018.
db/jdb          +Russell D. Bromley,    Lori A. Bromley,    10181 Sherman Rd,    Albion, PA 16401-8713
cr              +Collins Asset Group LLC.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          Jeffrey G. Herman    on behalf of Joint Debtor Lori A. Bromley JeffreyHerman@Live.com,
           sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
          Jeffrey G. Herman    on behalf of Debtor Russell D. Bromley JeffreyHerman@Live.com,
           sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
          Lara Shipkovitz Martin    on behalf of Creditor   Nationstar Mortgage LLC lmartin@bernsteinlaw.com,
           cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 6