FILED
3/16/18 2:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT of PENNSYLVANIA

In Re: Russell Bromley

                                      Chapter    13

                                      Case No   17-10378-TPA

                                      Related to Claim No. 12

## WITHDRAWAL OF PROOF OF CLAIM

TO THE CLERK:

We respectfully request the withdrawal of proof of claim no. 12 filed on behalf of

Creditor    Collins Asset Group, LLC.

In the amount of $ 462.51

Account is Sold

                               Respectfully submitted,
                               /s/   RaeAnne Burleigh
                               Authorized Agent for   Collins Asset Group, LLC.
                               Bass & Associates, P.C.
                               3936 E. Fort Lowell Rd.
                               Tucson, AZ  85712

**Dated:**   03/08/2018

SO ORDERED
March 16, 2018

*[signature]*

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 17-10378-TPA
Russell D. Bromley                                                                      Chapter 13
Lori A. Bromley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1            User: lfin                  Page 1 of 1              Date Rcvd: Mar 16, 2018
                                Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2018.
db/jdb         +Russell D. Bromley,   Lori A. Bromley,   10181 Sherman Rd,   Albion, PA 16401-8713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Jeffrey G. Herman    on behalf of Joint Debtor Lori A. Bromley JeffreyHerman@Live.com,
               sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
              Jeffrey G. Herman    on behalf of Debtor Russell D. Bromley JeffreyHerman@Live.com,
               sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
              Lara Shipkovitz Martin    on behalf of Creditor    Nationstar Mortgage LLC lmartin@bernsteinlaw.com,
               cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6