**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 17-10378** |
| **Russell D. Bromley** | ) | |
| **Lori A. Bromley** | ) | |
| | ) | |
| **Debtor** | ) | **Chapter 13** |
| | ) | **Document No. _____** |
| | ) | **Related to Document No. 107** |

**CONSENT ORDER MODIFYING APRIL 12, 2018 ORDER**

AND NOW, this _____ day of _____, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated April 12, 2018, it is

ORDERED that Part "1.H." be amended to add the following:  The Truste shall pay the remaining pay-off balance to US Bank (Claim No. 4) with per diem interest.

BY THE COURT:

_____
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

　/s/ Jana S. Pail
Jana S. Pail - PA I.D. #88910
Attorney for Trustee
US Steel Tower – Suite 325
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
jpail@chapter13trusteewdpa.com

/s/ Jeffrey G. Herman
Jeffrey G. Herman
Attorney for debtros
114 Hight Street
PO Box 455
Waterford PA 16441
814-796-1987
JeffreyHerman@Live.com

Case 17-10378-TPA    Doc 110    Filed 05/21/18    Entered 05/21/18 14:17:51    Desc Main
Document      Page 2 of 2