FILED
5/22/18 4:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 17-10378** |
| **Russell D. Bromley** | ) | |
| **Lori A. Bromley** | ) | |
| | ) | |
| Debtor | ) | **Chapter 13** |
| | ) | **Document No. _____** |
| | ) | **Related to Document No. 107** |

### CONSENT ORDER MODIFYING APRIL 12, 2018 ORDER

AND NOW, this _____22nd_____ day of _____May_____, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated April 12, 2018, it is

ORDERED that Part "1.H." be amended to add the following:  The Truste shall pay the remaining pay-off balance to US Bank (Claim No. 4) with per diem interest.

BY THE COURT:

Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

vas

Consented to:

__/s/ Jana S. Pail_____
Jana S. Pail - PA I.D. #88910
Attorney for Trustee
US Steel Tower – Suite 325
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
jpail@chapter13trusteewdpa.com

/s/ Jeffrey G. Herman
Jeffrey G. Herman
Attorney for debtros
114 Hight Street
PO Box 455
Waterford PA 16441
814-796-1987
JeffreyHerman@Live.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-10378-TPA
Russell D. Bromley                                                    Chapter 13
Lori A. Bromley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: mgut          Page 1 of 2          Date Rcvd: May 22, 2018
                              Form ID: pdf900     Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
db/jdb          +Russell D. Bromley,    Lori A. Bromley,    10181 Sherman Rd,    Albion, PA 16401-8713
aty             +Jamie D. Hanawalt,    Aldridge Pite, LLP,    4375 Jutland Dr. Ste. 200,    PO Box 17933,
                  San Diego, CA 92177-7921
sp              +Barbara Welton,    Welton Law,    2530 Village Common Drive,    Suite B,    Erie, PA 16506-7204
cr              +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                  Boca Raton, FL  33487,    U.S.A 33487-2853
14407821        +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                  Arlington, TX 76096-3853
14404130        +AmeriCredit/GM Financial,    Po Box 183853,    Arlington, TX 76096-3853
14676462         CACH, LLC its successors and assigns as assignee,    of Capital One Bank (USA), N.A.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14404141        ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                  (address filed with court: Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713)
14681651        +Collins Asset Group, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                  Tucson, AZ 85712-1083
14404133        +Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14404134        +Comenity Bank/OneStopPlus.com,    Po Box 182125,    Columbus, OH 43218-2125
14519473        +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14404143        +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14404146        +Shapiro & DeNardo,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
14404147         Square One Financial/Cach Llc,    Po Box 5980,    Denver, CO 80127
14632624        +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                  Dallas TX 75261-9096


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14404129        +E-mail/Text: ally@ebn.phinsolutions.com May 23 2018 01:22:51     Ally Financial,
                  Po Box 380901,    Bloomington, MN 55438-0901
14416622         E-mail/Text: ally@ebn.phinsolutions.com May 23 2018 01:22:51     Ally Financial,
                  PO Box 130424,    Roseville MN 55113-0004
14404131        +E-mail/Text: bkr@cardworks.com May 23 2018 01:22:49     Cardworks/CW Nexus,    Attn: Bankruptcy,
                  Po Box 9201,    Old Bethpage, NY 11804-9001
14404132        +E-mail/Text: bnc@bass-associates.com May 23 2018 01:23:25     Collins Asset Group,
                  5725 W Highway 290 Ste 1,    Austin, TX 78735-8722
14404135        +E-mail/Text: abovay@creditmanagementcompany.com May 23 2018 01:23:16     Credit Management, LP,
                  Attn: Bankruptcy,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14404136        +E-mail/PDF: creditonebknotifications@resurgent.com May 23 2018 01:26:36     Credit One Bank Na,
                  Po Box 98873,    Las Vegas, NV 89193-8873
14404137        +E-mail/Text: bknotice@ercbpo.com May 23 2018 01:23:11     ERC/Enhanced Recovery Corp,
                  8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14404138        +E-mail/Text: bnc-bluestem@quantum3group.com May 23 2018 01:23:18     Fingerhut,
                  6250 Ridgewood Rd,    St Cloud, MN 56303-0820
14404139        +E-mail/Text: bankruptcy.notices@hdfsi.com May 23 2018 01:23:19     Harley Davidson Financial,
                  Attention: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
14404140        +E-mail/Text: bankruptcy@sccompanies.com May 23 2018 01:23:28     Home At Five,    1515 S 21st St,
                  Clinton, IA 52732-6676
14404127        +E-mail/Text: cio.bncmail@irs.gov May 23 2018 01:22:53     Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
14685955         E-mail/Text: bkr@cardworks.com May 23 2018 01:22:49     MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14678264        +E-mail/Text: bankruptcydpt@mcmcg.com May 23 2018 01:23:06     MIDLAND FUNDING LLC,
                  PO BOX 2011,    WARREN, MI 48090-2011
14404142        +E-mail/Text: bankruptcydpt@mcmcg.com May 23 2018 01:23:06     Midland Funding,
                  Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
14404144        +E-mail/PDF: cbp@onemainfinancial.com May 23 2018 01:26:27     OneMain,    Attn: Bankruptcy,
                  601 Nw 2nd St,    Evansville, IN 47708-1013
14404145         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2018 01:26:29
                  Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14666909         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2018 01:26:02
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14405375         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2018 01:26:03
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14404128        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2018 01:22:59
                  Pennsylvania Department of Revenue,    Department 280946,    Harrisburg, PA 17128-0001
14688185         E-mail/Text: bnc-quantum@quantum3group.com May 23 2018 01:22:57
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14404148        +E-mail/PDF: gecsedi@recoverycorp.com May 23 2018 01:26:32     Synchrony Bank/Walmart,
                  Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
14404149        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 23 2018 01:22:49
                  Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                  Weldon Springs, MO 63304-2225
14655667        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 23 2018 01:32:11     Verizon,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                            TOTAL: 23

```
District/off: 0315-1            User: mgut              Page 2 of 2            Date Rcvd: May 22, 2018
                               Form ID: pdf900         Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp
cr              Nationstar Mortgage LLC
cr              U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTE
cr*            +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
cr*            +Collins Asset Group LLC.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,
                Tucson, AZ 85712-1083
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14519269*      +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                Arlington, TX 76096-3853
14755564*      +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
14681801*      +MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
                                                                            TOTALS: 3, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
        Jeffrey G. Herman    on behalf of Joint Debtor Lori A. Bromley JeffreyHerman@Live.com,
         sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
        Jeffrey G. Herman    on behalf of Debtor Russell D. Bromley JeffreyHerman@Live.com,
         sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
        Lara Shipkovitz Martin    on behalf of Creditor   Nationstar Mortgage LLC lmartin@bernsteinlaw.com,
         cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                            TOTAL: 6
```