IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Russell D. Bromley | : | Case No.17-10378-TPA |
| Lori A. Bromley | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Claim: |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Nationstar Mortgage LLC | : | |
| | : | Hearing Date |
| Respondent(s) | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE
## ON THE TRUSTEE'S MOTION TO DEEM MORTGAGE PAID IN FULL AND TO COMPEL PRODUCTION OF PROOF OF SATISFACTION

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

Your are further notified to file with the Clerk and serve upon the undersigned Movant a response to the motion no later than March 9, 2020, i.e., twenty (20) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on April 1, 2020, at 10:00 a.m. before Judge Thomas P. Agresti in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA  16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a late date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service:  2-19-2020

/s/ Jana S. Pail____
Jana S. Pail- PA I.D. #88910
Attorney for the Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
jpail@chapter13trusteewdpa.com