**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

03/26/2020

IN RE:

RUSSELL D. BROMLEY
LORI A. BROMLEY
10181 SHERMAN RD
ALBION, PA 16401
XXX-XX-4424        Debtor(s)

XXX-XX-2226

Case No.17-10378 TPA

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/26/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  WALMART/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  5167/PRAE |
| **ALDRIDGE PITE LLP**<br>4375 JUTLAND DR STE 200<br>PO BOX 17933<br><br>SAN DIEGO, CA  92177-0933 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NATIONSTAR MORT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ROBERTSON ANSCHUTZ & SCHNEID PL**<br>BANKRUPTCY DEPARTMENT<br>6409 CONGRESS AVE STE 100<br><br>BOCA RATON, FL  33487 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NATIONSTAR MORT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS DBA GM FINAN**<br>ATTN BANKRUPTCY NOTICING<br>PO BOX 183853<br><br>ARLINGTON, TX  76096 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:5   INT %:  10.34%<br>Court Claim Number:2<br><br>CLAIM:  3,580.31<br>COMMENT:  CL2GOV/CONF*3581/PL@K~PLntK | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  7538 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br><br>ARLINGTON, TX  76096 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  0.00<br>COMMENT:  SURR/PL*NO SEC'D AMT | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  0496 |
| **HARLEY DAVIDSON CREDIT CORP***<br>BOX 15129<br><br>PALATINE, IL  60055-5129 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:3-2<br><br>CLAIM:  0.00<br>COMMENT:  RS/OE*SURR/PL*AMD CL=$0*W/47 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  0758 |
| **US BANK NA - TRUSTEE**<br>C/O NATIONSTAR MORTGAGE LLC*<br>PO BOX 619094<br><br>DALLAS, TX  75261-9741 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:04<br><br>CLAIM:  5,077.84<br>COMMENT:  940/PL*928.78X60+2=LMT*BGN 5/17*LMP DENIED*DKT | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  9576 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br><br>DALLAS, TX  75261-9741 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **SHAPIRO & DENARDO LLC***<br>3600 HORIZON DR STE 150<br><br>KING OF PRUSSIA, PA  19406 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC  29603-0368 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:15<br>CLAIM:  2,452.57<br>COMMENT:  CARDWORKS-CW NEXUS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4255 |
| **COLLINS ASSET GROUP LLC**<br>C/O BASS & ASSOCIATES PC<br>3936 EAST FT LOWELL STE 200<br>TUCSON, AZ  85712 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  0.00<br>COMMENT:  CL10@$1227.51~W/DRWN*WFNB/SCH*9045/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7310 |
| **COLLINS ASSET GROUP LLC**<br>C/O BASS & ASSOCIATES PC<br>3936 EAST FT LOWELL STE 200<br>TUCSON, AZ  85712 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:11<br>CLAIM:  0.00<br>COMMENT:  CL11@$627.51~W/DRWN*WFNB/SCH*0101/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7319 |
| **COLLINS ASSET GROUP LLC**<br>C/O BASS & ASSOCIATES PC<br>3936 EAST FT LOWELL STE 200<br>TUCSON, AZ  85712 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:12<br>CLAIM:  0.00<br>COMMENT:  CL12@$462.51~W/DRWN*WFNB/SCH*1329/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7623 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:21<br>CLAIM:  1,252.29<br>COMMENT:  JESSICA LONDON | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0009 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:20<br>CLAIM:  1,003.69<br>COMMENT:  ONE STOP PLUS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5722 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  MEADVILLE MDCL CNTR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1198 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  MEADVILLE MDCL CNTR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9080 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  MEADVILLE MDCL CNTR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2576 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  MEADVILLE MDCL CNTR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4446 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 14 | CLAIM: 881.99<br>COMMENT: CREDIT ONE BANK*NO$/SCH*JUDGMENT 11/17/2016 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1483 |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256-7412 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: TIME WARNER CABLE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6249 |
| **FINGERHUT**<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD, MN 56303 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6041 |
| **HOME AT FIVE**<br>POB 8994<br>MADISON, WI 53794-0909 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 840O |
| **MABT GENESIS RETAIL**<br>PO BOX 4499<br>BEAVERTON, OR 97076 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8851 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 720.65<br>COMMENT: CREDIT ONE BANK*6717/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3215 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~CREDIT ONE BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2177 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~WEBBANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3826 |
| **NATIONAL FUEL GAS**<br>1100 STATE ST<br>ERIE, PA 16501 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3866 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **PENELEC**<br>PO BOX 16001<br>ATTN REVENUE ASSURANCE<br><br>READING, PA 19612-6001 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 978.80<br>COMMENT: COMENITY BANK-WOMAN WITHIN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4575 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:18<br><br>CLAIM: 919.40<br>COMMENT: COMENITY BANK-ROAMANS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2421 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:19<br><br>CLAIM: 797.48<br>COMMENT: COMENITY BANK-JESSICA LONDON*WFNB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7559 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 41067<br><br>NORFOLK, VA 23541-1067 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: WFNB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5165 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 589.64<br>COMMENT: COMENITY BANK-BRYLANE HOME | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4617 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 41067<br><br>NORFOLK, VA 23541-1067 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: COMENITY CPTL BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7753 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 41067<br><br>NORFOLK, VA 23541-1067 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CLM@42*SYNCHRONY BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6858 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 397.61<br>COMMENT: GECRB~WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5167 |
| **CACH LLC-ASSIGNEE**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 1,211.18<br>COMMENT: CAPITAL ONE BANK*9333/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7757 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **CACH LLC-ASSIGNEE**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 483.07<br>COMMENT: CAPITAL ONE BANK*7696/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5973 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 435.17<br>COMMENT: SYNCHRONY~WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6858 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 1,226.93<br>COMMENT: NO LAST PMT DATE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX  76096 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 5,962.31<br>COMMENT: NO GEN UNS/SCH*DEFICIENCY*WNTS 10.41% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0496 |
| **US BANK NA - TRUSTEE**<br>C/O NATIONSTAR MORTGAGE LLC*<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: 3300/PL*THR 4/17*LMP DENIED*$7,575.02/CL | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9576 |
| **US BANK NA - TRUSTEE**<br>C/O NATIONSTAR MORTGAGE LLC*<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: 815/LMP OE*BGN 6/17*W/8, 45*LMP DENIED*DKT | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9576 |
| **HARLEY DAVIDSON CREDIT CORP***<br>BOX 15129<br>PALATINE, IL  60055-5129 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 3-2<br>CLAIM: 3,969.26<br>COMMENT: NO GEN UNS/SCH*DFCNCY*W/7 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0758 |
| **US BANK NA - TRUSTEE**<br>C/O NATIONSTAR MORTGAGE LLC*<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 48  INT %: 12.62%<br>Court Claim Number: 04<br>CLAIM: 65,163.37<br>COMMENT: PY OFF @1-31-18 +PER DEIM@ 18.58 THRU 4-30-18(89DAYS) | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 5976 |