Case 17-10378-TPA    Doc 122    Filed 04/02/20    Entered 04/02/20 09:53:27    Desc Main
Document      Page 1 of 1

FILED
4/2/20 9:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Case No.: | 17-10378-TPA |
|---|---|---|---|
| Russell D. Bromley | : | Chapter: | 13 |
| Lori A. Bromley | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 4/1/2020 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:** #115 Motion to Deem Mortgage Paid in Full, in addition to Compel Production of Proof of Satisfaction (Tee)
  #117 Resp. by Debtor
  #120 Resp. by Nationstar

**APPEARANCES:**
  Debtor: Jeffrey G. Herman
  Trustee: Owen Katz
  Nationstar: Mark Percarchik

**NOTES:**

Pecarchik:   Asking for 45 days.

Katz:   I would allow 60 days.


**OUTCOME:**   GRANTED / MOE 60 days

*/s/ signature*
vas