FILED
4/2/20 9:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR IN THE UNITED STATES BANKRUPTCY COURT

In re:
Russell D. Bromley                  :    Case No.17-10378-TPA
Lori A. Bromley                     :    Chapter 13
   Debtor(s)         :    Related to Document No. 115
Ronda J. Winnecour, Trustee         :
                     :    Re Claim:
   Movant(s)         :
                     :
   vs.               :
Nationstar Mortgage LLC             :
                     :    Hearing Date: April 1, 2020 at 10:00 A.M.
   Respondent(s)     :

## ORDER OF COURT

AND NOW, this __1st__ day of __April__, 2020, upon consideration of the Trustee's Motion, it is

ORDERED that the Trustee's Motion is granted. The Respondent, Nationstar Mortgage LLC, is hereby

ORDERED, to provide to the Trustee and Debtors' counsel documentary proof of satisfaction of Debtors' mortgage within 60 days of this Order. The Trustee is authorized to distribute the funds accruing for this creditor to remaining creditors in accordance with the confirmed plan.

BY THE COURT:

_____
United States Bankruptcy Judge

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-10378-TPA
Russell D. Bromley                                                        Chapter 13
Lori A. Bromley
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: dpas                  Page 1 of 1                Date Rcvd: Apr 02, 2020
                               Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2020.
db/jdb         +Russell D. Bromley,   Lori A. Bromley,   10181 Sherman Rd,   Albion, PA 16401-8713
cr             +Nationstar Mortgage LLC,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Ave., Suite 100,
                 Boca Raton, FL   33487,   U.S.A 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Jeffrey G. Herman    on behalf of Joint Debtor Lori A. Bromley JeffreyHerman@Live.com,
               sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
              Jeffrey G. Herman    on behalf of Debtor Russell D. Bromley JeffreyHerman@Live.com,
               sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
              Lara Shipkovitz Martin    on behalf of Creditor    Nationstar Mortgage LLC lmartin@bernsteinlaw.com,
               cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com
              Michael John Clark    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7