FILED
5/13/20 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Russell D. Bromley<br>Lori A. Bromley<br>    Debtor(s) | Case No. 17-10378-TPA<br><br>Chapter 13<br><br>Doc #128 |
| Ronda J. Winnecour, Chapter 13 Trustee<br>    Movant(s)<br><br>vs.<br>Russell D. Bromley<br>Lori A. Bromley<br>    Respondent(s) | |

### WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on May 12, 2020 (document #128) is hereby WITHDRAWN.

Respectfully submitted

5/12/2020

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
May 13, 2020

*[Signature]* vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Russell D. Bromley  
Lori A. Bromley  
    Debtors

Case No. 17-10378-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: dpas     Page 1 of 1     Date Rcvd: May 13, 2020  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2020.  
db/jdb        +Russell D. Bromley,    Lori A. Bromley,    10181 Sherman Rd,    Albion, PA 16401-8713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2020 at the address(es) listed below:  
         James Warmbrodt     on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
         Jeffrey G. Herman     on behalf of Joint Debtor Lori A. Bromley JeffreyHerman@Live.com, sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com  
         Jeffrey G. Herman     on behalf of Debtor Russell D. Bromley JeffreyHerman@Live.com, sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com  
         Lara Shipkovitz Martin     on behalf of Creditor    Nationstar Mortgage LLC lmartin@bernsteinlaw.com, cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com  
         Michael John Clark     on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                        TOTAL: 7