Form 600a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Russell D. Bromley** | : | Case No. 17−10378−TPA |
| **Lori A. Bromley** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 133 |
| v. | : | |
| No Respondents | : | Hearing Date: 7/22/20 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATES FOR RESPONSE
## AND TELEPHONIC HEARING ON MOTION

*AND NOW,* this *The 29th of May, 2020*, a *Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 133 by Trustee, Ronda J. Winnecour, Esq.,

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

(2)  **On or before July 13, 2020,** any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501 and served on the counsel for the Moving Party.

(3)  This *Motion* is scheduled for a **telephonic**, non−evidentiary hearing on *July 22, 2020* at *12:00 PM* in at which time the parties and/or their counsel shall appear **telephonically** and the Court will dispose of the *Motion*. Parties or counsel of record who intend to participate in the hearing shall make arrangements as directed by the Judge's procedures on the Court's website.

(4)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. **To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.** In the event a default order has been entered, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(5)  A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **IMMEDIATELY**.

Dated: May 29, 2020

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Creditors and Parties in Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-10378-TPA
Russell D. Bromley                                                        Chapter 13
Lori A. Bromley
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: vson                  Page 1 of 2                  Date Rcvd: May 29, 2020
                              Form ID: 600a               Total Noticed: 40
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
```
db/jdb         +Russell D. Bromley,    Lori A. Bromley,    10181 Sherman Rd,    Albion, PA 16401-8713
aty            +Jamie D. Hanawalt,    Aldridge Pite, LLP,    4375 Jutland Dr. Ste. 200,    PO Box 17933,
                 San Diego, CA 92177-7921
sp             +Barbara Welton,    Welton Law,    2530 Village Common Drive,    Suite B,    Erie, PA 16506-7204
cr             +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                 Boca Raton, FL  33487,    U.S.A 33487-2853
cr             +U.S. Bank National Association,    RAS Crane LLC,    10700 Abbott's Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
14676462        CACH, LLC its successors and assigns as assignee,     of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14681651       +Collins Asset Group, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
14519473       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14404141       +Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713-4326
14404143       +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14404146       +Shapiro & DeNardo,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
14404147        Square One Financial/Cach Llc,    Po Box 5980,    Denver, CO 80127
14632624       +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14404129       +E-mail/Text: ally@ebn.phinsolutions.com May 30 2020 03:53:22      Ally Financial,
                 Po Box 380901,    Bloomington, MN 55438-0901
14416622        E-mail/Text: ally@ebn.phinsolutions.com May 30 2020 03:53:22      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14407821       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 30 2020 03:53:36
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14404130       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 30 2020 03:53:36
                 AmeriCredit/GM Financial,    Po Box 183853,    Arlington, TX 76096-3853
14404131       +E-mail/PDF: MerrickBKNotifications@Resurgent.com May 30 2020 03:50:11      Cardworks/CW Nexus,
                 Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
14404132       +E-mail/Text: bnc@bass-associates.com May 30 2020 03:54:55      Collins Asset Group,
                 5725 W Highway 290 Ste 1,    Austin, TX 78735-8722
14404133       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 03:53:49      Comenity Bank,
                 Po Box 182125,    Columbus, OH 43218-2125
14404134       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 03:53:50
                 Comenity Bank/OneStopPlus.com,    Po Box 182125,    Columbus, OH 43218-2125
14404135       +E-mail/Text: bdsupport@creditmanagementcompany.com May 30 2020 03:54:37
                 Credit Management, LP,    Attn: Bankruptcy,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14404136       +E-mail/PDF: creditonebknotifications@resurgent.com May 30 2020 03:48:45      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
14404137       +E-mail/Text: bknotice@ercbpo.com May 30 2020 03:54:19      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14404138       +E-mail/Text: bnc-bluestem@quantum3group.com May 30 2020 03:54:46      Fingerhut,
                 6250 Ridgewood Rd,    St Cloud, MN 56303-0820
14404139       +E-mail/Text: bankruptcy.notices@hdfsi.com May 30 2020 03:54:48      Harley Davidson Financial,
                 Attention: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
14404140       +E-mail/Text: bankruptcy@sccompanies.com May 30 2020 03:55:01      Home At Five,    1515 S 21st St,
                 Clinton, IA 52732-6676
14404127       +E-mail/Text: sbse.cio.bnc.mail@irs.gov May 30 2020 03:53:35      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14685955        E-mail/PDF: MerrickBKNotifications@Resurgent.com May 30 2020 03:49:25      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14678264       +E-mail/Text: bankruptcydpt@mcmcg.com May 30 2020 03:54:11      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
14404142       +E-mail/Text: bankruptcydpt@mcmcg.com May 30 2020 03:54:11      Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
14404144       +E-mail/PDF: cbp@onemainfinancial.com May 30 2020 03:49:22      OneMain,    Attn: Bankruptcy,
                 601 Nw 2nd St,    Evansville, IN 47708-1013
14404145        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2020 03:50:28
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14666909        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2020 03:49:31
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14405375       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2020 03:48:49
                 PRA Receivables Management, LLC,    Po Box 41021,    Norfolk, VA 23541-1021
14404128       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 30 2020 03:54:06
                 Pennsylvania Department of Revenue,    Department 280946,    Harrisburg, PA 17128-0001
14688185        E-mail/Text: bnc-quantum@quantum3group.com May 30 2020 03:53:57
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14404148       +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 03:48:39      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
```

```
District/off: 0315-1            User: vson                  Page 2 of 2                  Date Rcvd: May 29, 2020
                                Form ID: 600a               Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14404149         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 30 2020 03:53:17
                   Verizon,   Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
                   Weldon Springs, MO 63304-2225
14655667         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 30 2020 03:50:37      Verizon,
                   by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Harley-Davidson Credit Corp
cr               Nationstar Mortgage LLC
cr               U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTE
cr*             +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
cr*             +Collins Asset Group LLC.,    Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,
                   Tucson, AZ 85712-1083
cr*             +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14519269*       +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                   Arlington, TX 76096-3853
14755564*       +Harley-Davidson Credit Corp.,    PO Box 9013,   Addison, Texas 75001-9013
14681801*       +MIDLAND FUNDING LLC,    PO Box 2011,   Warren, MI 48090-2011
                                                                                TOTALS: 3, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Jeffrey G. Herman    on behalf of Joint Debtor Lori A. Bromley JeffreyHerman@Live.com,
               sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
              Jeffrey G. Herman    on behalf of Debtor Russell D. Bromley JeffreyHerman@Live.com,
               sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
              Lara Shipkovitz Martin     on behalf of Creditor    Nationstar Mortgage LLC lmartin@bernsteinlaw.com,
               cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com
              Michael John Clark     on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7
```