**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/16/20 12:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
RUSSELL D. BROMLEY
LORI A. BROMLEY
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-10378 TPA

Chapter 13

Document No.: 133

ORDER OF COURT

AND NOW, this \_\_\_\_16th\_\_\_\_ day of \_\_\_\_\_July\_\_\_\_\_, 20 20 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 17-10378-TPA
Russell D. Bromley                                                  Chapter 13
Lori A. Bromley
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1         User: dpas                Page 1 of 2             Date Rcvd: Jul 16, 2020
                             Form ID: pdf900           Total Noticed: 40
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
```
db/jdb         +Russell D. Bromley,    Lori A. Bromley,    10181 Sherman Rd,    Albion, PA 16401-8713
aty            +Jamie D. Hanawalt,    Aldridge Pite, LLP,    4375 Jutland Dr. Ste. 200,    PO Box 17933,
                 San Diego, CA 92177-7921
sp             +Barbara Welton,    Welton Law,    2530 Village Common Drive,    Suite B,    Erie, PA 16506-7204
cr             +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                 Boca Raton, FL  33487,    U.S.A 33487-2853
cr             +U.S. Bank National Association,    RAS Crane LLC,    10700 Abbott's Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
14676462        CACH, LLC its successors and assigns as assignee,    of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14681651       +Collins Asset Group, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
14519473       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14404141       +Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713-4326
14404143       +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14404146       +Shapiro & DeNardo,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
14404147        Square One Financial/Cach Llc,    Po Box 5980,    Denver, CO 80127
14632624       +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14404129       +E-mail/Text: ally@ebn.phinsolutions.com Jul 17 2020 04:20:11     Ally Financial,
                 Po Box 380901,   Bloomington, MN 55438-0901
14416622        E-mail/Text: ally@ebn.phinsolutions.com Jul 17 2020 04:20:11     Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
14407821       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 17 2020 04:20:18
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14404130       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 17 2020 04:20:18
                 AmeriCredit/GM Financial,    Po Box 183853,   Arlington, TX 76096-3853
14404131       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 17 2020 04:27:01     Cardworks/CW Nexus,
                 Attn: Bankruptcy,    Po Box 9201,   Old Bethpage, NY 11804-9001
14404132       +E-mail/Text: bnc@bass-associates.com Jul 17 2020 04:21:06     Collins Asset Group,
                 5725 W Highway 290 Ste 1,    Austin, TX 78735-8722
14404133       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2020 04:20:23     Comenity Bank,
                 Po Box 182125,   Columbus, OH 43218-2125
14404134       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2020 04:20:23
                 Comenity Bank/OneStopPlus.com,    Po Box 182125,   Columbus, OH 43218-2125
14404135       +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 17 2020 04:20:56
                 Credit Management, LP,    Attn: Bankruptcy,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14404136       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 17 2020 04:27:05     Credit One Bank Na,
                 Po Box 98873,   Las Vegas, NV 89193-8873
14404137       +E-mail/Text: bknotice@ercbpo.com Jul 17 2020 04:20:47     ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14404138       +E-mail/Text: bnc-bluestem@quantum3group.com Jul 17 2020 04:20:57     Fingerhut,
                 6250 Ridgewood Rd,    St Cloud, MN 56303-0820
14404139       +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 17 2020 04:20:59     Harley Davidson Financial,
                 Attention: Bankruptcy,    Po Box 22048,   Carson City, NV 89721-2048
14404140       +E-mail/Text: bankruptcy@sccompanies.com Jul 17 2020 04:21:10     Home At Five,   1515 S 21st St,
                 Clinton, IA 52732-6676
14404127       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 17 2020 04:20:18     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
14685955        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 17 2020 04:27:02     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
14678264       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 17 2020 04:20:42     MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN, MI 48090-2011
14404142       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 17 2020 04:20:42     Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,   San Diego, CA 92193-9069
14404144       +E-mail/PDF: cbp@onemainfinancial.com Jul 17 2020 04:26:16     OneMain,   Attn: Bankruptcy,
                 601 Nw 2nd St,   Evansville, IN 47708-1013
14404145        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2020 05:02:10
                 Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
14666909        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2020 05:02:45
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14405375       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2020 04:27:14
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14404128       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2020 04:20:37
                 Pennsylvania Department of Revenue,    Department 280946,   Harrisburg, PA 17128-0001
14688185        E-mail/Text: bnc-quantum@quantum3group.com Jul 17 2020 04:20:27
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
14404148       +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2020 04:26:27     Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 956060,   Orlando, FL 32896-0001
```

```
District/off: 0315-1          User: dpas                   Page 2 of 2                   Date Rcvd: Jul 16, 2020
                              Form ID: pdf900              Total Noticed: 40

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14404149         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 17 2020 04:20:08
                   Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                   Weldon Springs, MO 63304-2225
14655667         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2020 04:26:25      Verizon,
                   by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp
cr              Nationstar Mortgage LLC
cr              U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTE
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
cr*            +Collins Asset Group LLC.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14519269*      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14755564*      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14681801*      +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
                                                                              TOTALS: 3, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
          James Warmbrodt     on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          Jeffrey G. Herman    on behalf of Joint Debtor Lori A. Bromley JeffreyHerman@Live.com,
           sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
          Jeffrey G. Herman    on behalf of Debtor Russell D. Bromley JeffreyHerman@Live.com,
           sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
          Lara Shipkovitz Martin     on behalf of Creditor    Nationstar Mortgage LLC lmartin@bernsteinlaw.com,
           cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com
          Michael John Clark     on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 7
```